IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| *Plaintiff-Respondent* } | |
| } | |
| v. } | CRIMINAL ACTION NO. H-02-627-1 |
| } | CIVIL ACTION NO. H-04-3616 |
| DENNIS SONGALIA FLORES, } | |
| *Defendant-Petitioner* } | |

## MEMORANDUM AND ORDER

Presently before the Court are Petitioner Dennis Songalia Flores's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 47), his Memorandum in Support of the Motion (Doc. 48), the Government's Motion to Dismiss Flores's Motion for Relief Under 28 U.S.C. § 2255 (Doc.55), Petitioner's Reply to Government's Motion (Doc. 56), Petitioner's Second Sentencing Memorandum (Doc. 72), and the Magistrate Judge's Memorandum and Recommendation (Doc. 77). After carefully considering the record and the applicable law, the Court **DENIES** all pending motions as **MOOT**. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Court **ADOPTS** the Magistrate Judge's Memorandum and Recommendation in full.

**SIGNED** at Houston, Texas, this 27th day of July, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE